JP:VT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

IN THE MATTER OF THE
EXTRADITION OF

    MARK GORMAN and
    SEAN GORMAN.

- - - - - - - - - - - - - - - X

M-071000

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANTS

(T. 18, U.S.C., § 3184)

EASTERN DISTRICT OF NEW YORK, SS:

    I, Valerie Tocci, being duly sworn, depose and state that I am a Special Assistant United States Attorney for the Eastern District of New York. I am acting for and on behalf of the Government of the United Kingdom of Great Britain and Northern Ireland (the "Requesting State") pursuant to the Extradition Treaty between the United States and the United Kingdom, signed on June 8, 1972, and entered into force on January 21, 1977 ("1972 Treaty"); and the Supplementary Treaty Concerning the Extradition Treaty Between the Government of the United States and the Government of the United Kingdom of Great Britain and Northern Ireland of June 25, 1985, which entered into force on December 23, 1986 ("1985 Supplementary Treaty"). Copies of both treaties are attached to this declaration as Exhibit A, with respect to MARK GORMAN and SEAN GORMAN (the "fugitives").

In accordance with Title 18, United States Code, Section 3184, I charge, on information and belief,[1] as follows[2]:

i) <u>Foreign charge.</u> The fugitives MARK GORMAN and SEAN GORMAN are duly and legally charged with having committed, in the jurisdiction of the Requesting State, the crime of Causing Grevious Bodily Harm with Intent in violation of Section 18 of the Offenses Against the Person Act of 1861. Article XIV of the 1972 Treaty, provides that a charge for such offense shall serve as the basis for extradition.

---

[1] The information contained herein is derived from two Declarations provided by Susan Torres, Attorney-Adviser in the Office of the Legal Adviser for the Department of State, Washington, D.C. (attached hereto as Exhibit B), Diplomatic Notes No. 30/07 dated March 27, 2007, and 31/07 dated March 27, 2007, submitted by the British Embassy, Washington, D.C. (attached hereto as Exhibit B), as well as the following documents provided by the United Kingdom and authenticated by John P. Caulfield, Consul General of the United States of America at London, England: (1) two Depositions of Rebekah Hummerstone, a barrister at law employed by the Crown Prosecution Service of England and Wales ; (2) two Depositions of Detective Sergeant Ian Shore of the Greater Manchester Police Force in Manchester, England; (3) a certified copy of the Indictment charging MARK GORMAN and SEAN GORMAN with Causing Grievous Bodily Harm with Intent contrary to Section 18 of the Offenses Against the Person Act of 1861, sworn before Judge L.C. Goldstone, Judge of the Crown Court on May 8, 2002; (4) certified copies of arrest warrants issued on October 23, 2002, which authorizes all constables to arrest MARK GORMAN and SEAN GORMAN on the charge of Causing Grievous Bodily Harm with Intent. Authenticated copies of these documents are collectively attached under separate cover as Exhibit C.

[2] Because the purpose of this Complaint is to establish only probable cause to arrest, I have not set forth a description of all the facts and circumstances of which I am aware.

3

ii) <u>Formal request.</u>  Pursuant to the Treaty, the Government of the United Kingdom of Great Britain and Northern Ireland has submitted formal requests,(attached hereto as part of Exhibit C), through diplomatic channels for the extradition of MARK GORMAN and SEAN GORMAN.

iii) <u>Foreign arrest warrant.</u>  Arrest Warrants for fugitives MARK GORMAN and SEAN GORMAN were issued on June 28, 2005 by Judge David Madison, Judge of the Crown Court. (attached hereto as part of Exhibit C).

iv) <u>Facts underlying foreign charge.</u>  According to the information provided by the Requesting State:

a.  On or about August 3, 2002 in violation of Section 18 of the Offenses Against the Person Act of 1861, MARK GORMAN and SEAN GORMAN, acting in joint enterprise, intentionally attacked complainant Mohammed Saleem ("Saleem"), beating and kicking Saleem around the face and body in Levenshulme, Manchester, England.  As a result of the attack Saleem was admitted to the Intensive Care Unit at the Manchester Royal Infirmary with life threatening injuries. He remained in a coma for several weeks and suffered numerous contusions, hematomas and puncture wounds about his body.

4

    b. The Manchester police obtained statements from several eyewitnesses whose description of Saleem's attackers matched that of the fugitives in that they were white males, between 25 and 40 years old, of medium builds with Irish accents. On or about August 4, 2002 the fugitive SEAN GORMAN was interviewed by police in the presence of his attorney and after having been made aware of his rights. The interview was recorded on video. During the interview SEAN GORMAN admitted to chasing Saleem, knocking him to the ground and punching Saleem in the head. SEAN GORMAN further stated that Saleem was holding a hammer and that SEAN GORMAN kicked Saleem as he lay on the ground. SEAN GORMAN also admitted that he observed his brother, fugitive MARK GORMAN hit Saleem in the head with the hammer.

    c. On August 4, 2002 the fugitive MARK GORMAN was interviewed by police in the presence of his attorney and after having been made aware of his rights. The interview was recorded on video. During the interview MARK GORMAN admitted to chasing Saleem, and kicking him while he lay on the floor.

   4. <u>Fugitive MARK GORMAN's presence in the United States.</u>  The fugitive MARK GORMAN, who is within the jurisdiction of this Court, currently resides in Queens County.

   5. <u>Fugitive MARK GORMAN's description.</u>  The fugitive MARK GORMAN, a citizen of the Irish Republic, was born

5

on June 26, 1984, in the Irish Republic. A copy of the National Fingerprint Form ("NFF") prepared at the time of MARK GORMAN'S arrest on the underlying charges containing impressions of his fingerprints, as well as a photograph of MARK GORMAN taken on that date are hereto attached as part of Exhibit C for identification purposes.

    6. <u>Fugitive SEAN GORMAN's presence in the United States.</u>  The fugitive SEAN GORMAN, who is within the jurisdiction of this Court, is currently being held at the Rikers Island Correctional Facility on $100,000 bail stemming from his September 10, 2007 arrest. SEAN GORMAN was arraigned in Queens County Criminal Court on a complaint charging SEAN GORMAN with assault and a violating a court order.

    7. <u>Fugitive SEAN GORMAN's description.</u>  The fugitive SEAN GORMAN, a citizen of the Irish Republic, was born on October 12, 1982, in the Irish Republic. A copy of the National Fingerprint Form ("NFF") prepared at the time of SEAN GORMAN'S arrest on the underlying charges containing impressions of his fingerprints, as well as a photograph of SEAN GORMAN taken on that date are hereto attached as as part of Exhibit C for identification purposes.

    8. <u>Risk of flight.</u>  The likelihood of flight is substantial if the fugitives MARK GORMAN and SEAN GORMAN are

6

released from custody prior to extradition. Both fugitives are in the United State illegally having stayed in the country several years beyond the expiration dates of their tourist visas. The fugitives left the United Kingdom in purposeful avoidance of prosecution in Manchester. There is no reason to believe that MARK GORMAN and SEAN GORMAN will not continue to avoid prosecution by absconding to another country.

    Whereupon, your complainant requests:

    a. that a warrant be issued pursuant to Title 18, United States Code, Section 3184, for the arrests of fugitives MARK GORMAN and SEAN GORMAN;

    b. that the fugitives MARK GORMAN and SEAN GORMAN be brought before this Court and the evidence of criminality be heard;

    c. that if, on such hearing, the Court deems the evidence sufficient under the provisions of the Treaty to sustain the charge, the Court certify the same to the Secretary of State in order that a warrant may be issued for the surrender of the fugitives MARK GORMAN and SEAN GORMAN to the appropriate authorities of the Requesting State according to the Treaty; and

    d. that this Court take such other actions as may be required under the provisions of the Treaty and the laws of the United States to meet the obligations of the United States

7

under the Treaty, including the seizure of any items or materials in the fugitives MARK GORMAN's and SEAN GORMAN's possession at the time of apprehension which are related to the crimes charged or which may be used as evidence, pursuant to Article 15 of the Treaty.

8

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the fugitives MARK GORMAN and SEAN GORMAN so that they may be dealt with according to law.

ROSLYNN R. MAUSKOPF<br>
United States Attorney

By: _____
Valerie H. Tocci
Special Assistant U.S. Attorney

Sworn to before me this
12th day of September, 2007



MARILY
UNITED
EASTER

UDGE
RK