# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **NEW YORK**

IN THE MATTER OF THE
EXTRADITION OF

SEAN GORMAN,

**WARRANT FOR ARREST**

**M-071000**

CASE NUMBER:

TO: The United States Marshal
and Any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest _____**SEAN GORMAN**_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   **X** Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Being a Fugitive from a Foreign Country to the United States

In violation of Title ____18____ United States Code, Section(s) 3184

Hon.
Name/

Signat.

U. S. MAGISTRATE JUDGE
Title of Issuing Officer

September 1, 2007   BROOKLYN, NY
Date and Location

Bail fixed at $ _____   By _____

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

QUEENS COUNTY COURT HOUSE

| DATE RECEIVED 9/12/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/5/07 | ROBERT LEDOGAR, DUSM | /s/ Ledogar |