## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **07-1000M**

2) Defendant's Name: **Gorman**          **Sean**
   (Last)                    (First)              (M.I.)

3) Age: _____

4) Title: _____  Section(s): _____

5) Citizen of: _____  Needs: _____ Interpreter

6) Arrest Warrant Issued: _____  Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____  Language: _____

9) Arraignment on complaint held: **X** Yes ___No   Date/Time: **10/5/07**

10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: ✗

11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: ~~~~
    (c) Status Conference set for: **10/10/07 @ 11:00 AM before Mag. Pohorelsky**

13) ASSISTANT U.S. ATTORNEY: **Valerie Tocci**

14) DEFENSE COUNSEL'S NAME: **David Weiss**
    Address: _____
    Bar Code: _____  CJA: **X**  FDNY: ___ RET: ___
    Telephone Number: (___) _____

15) LOG #: ___ ( **4:20 - 4:28** )   MAG. JUDGE: **Lois Bloom**

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ___ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE