BEFORE: VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE

DATE:  October 10, 2007

START TIME:  11:00 AM
END TIME:    11:30 AM

CASE #   MJ 07-1000 (VVP)

CASE NAME    In the Matter of Extradition of Mark Gorman & Sean Gorman

CRIMINAL CAUSE FOR    Status Conference

APPEARANCES:

  Govt:  AUSA Richard Lunger (for Valerie Tocci)

  Respondent:  Andrew Carter, LAS (Mark Gorman)

  David Weiss, CJA (Sean Gorman)

  X   CASE CALLED

-Respondents present in custody.

-Status conference held.

-Permanent Order of Detention entered as to Sean Gorman.

-Evidentiary Hearing scheduled for 10/19/07 @ 2:30 pm