UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN THE MATTER OF THE
EXTRADITION OF
MARK GORMAN AND SEAN GORMAN

-----------------------------------------------------------x

**CERTIFICATION TO THE
SECRETARY OF STATE
      AND ORDER      **

M-07-1000

**WHEREAS** Mark Gorman was arrested and thereafter presented to the court on

September 22, 2007 pursuant to a provisional arrest warrant issued by the court, in accordance

with the provisions of Title 18, United States Code, Sections 3181 *et seq.* and the terms of the

Extradition Treaty between the United States of America and the United Kingdom of Great

Britain and Northern Ireland (the "Extradition Treaty"), upon a Complaint filed on September

12, 2007 by Valerie Tocci, Assistant United States Attorney for the Eastern District of New

York, for and on behalf of the Government of the United Kingdom of Great Britain and Northern

Ireland (the "United Kingdom");

**WHEREAS** Sean Gorman was arrested and thereafter presented to the court on October

5, 2007 pursuant to a provisional arrest warrant issued by the court, in accordance with the

provisions of Title 18, United States Code, Sections 3181 *et seq.* and the terms of the Extradition

Treaty, upon a Complaint filed on September 12, 2007 by Valerie Tocci, Assistant United States

Attorney for the Eastern District of New York, for and on behalf of the Government of the

United Kingdom;

**WHEREAS** Mark Gorman and Sean Gorman were each provided with counsel

appointed by the court to assist them in all proceedings related to the matter of their arrest and

extradition;

**WHEREAS** the Government of the United Kingdom, has made a formal request for the extradition of Mark Gorman and Sean Gorman and has submitted proofs in the form of documentary evidence concerning the crimes for which their extradition is sought;

**WHEREAS** Mark Gorman and Sean Gorman, by and through their respective counsel, received copies of the above submissions made by the Government of the United Kingdom;

**WHEREAS** a hearing was held on October 19, 2007 at which Mark Gorman and Sean Gorman were each given an opportunity to be heard concerning the question whether the prerequisites for extradition, as established by Title 18, United States Code, Sections 3181 *et seq.* and the terms of the Extradition Treaty, had been met;

**WHEREAS** Mark Gorman and Sean Gorman have each withdrawn their objections to the sufficiency of the submissions made by the Government of the United Kingdom in support of its request that they be extradited to the United Kingdom; and

**WHEREAS** the court has reviewed the documentary evidence submitted by the Government of the United Kingdom and has concluded that the evidence satisfies the prerequisites for extradition under applicable law;

**NOW THEREFORE**, the court hereby certifies to the Secretary of State of the United States of America that the evidence submitted by the Government of the United Kingdom in support of its request for the extradition of Mark Gorman and Sean Gorman is sufficient under the provisions of the Extradition Treaty to sustain the charges against them for which extradition is sought, and accordingly Mark Gorman and Sean Gorman may be surrendered to the proper authorities of the Government of the United Kingdom in accordance with the stipulations of the Extradition Treaty.

\*          \*          \*          \*          \*          \*

**IT IS HEREBY ORDERED** that the United States Attorney for the Eastern District of

New York, by an authorized representative, shall promptly transmit to the Secretary of State of

the United States America an original of the within certification and shall serve notice of such

transmittal on counsel for Mark Gorman and Sean Gorman.

*Viktor V. Pohorelsky*
VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated: Brooklyn, New York
      October 19, 2007