BEFORE: VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE

DATE:     October 19, 2007                    START TIME:    2:45 PM
                                              END TIME:      3:15 PM

CASE #    MJ 07-1000 (VVP)

CASE NAME              In the Matter of Extradition of Mark Gorman & Sean Gorman

CRIMINAL CAUSE FOR     Extradition Hearing

APPEARANCES:

          Govt:        AUSA Valerie Tocci


          Respondent: Andrew Carter, LAS (Mark Gorman)

                       David Weiss, CJA (Sean Gorman)


          Court Reporter: Marsha Diamond


  X    CASE CALLED

-Respondents present in custody.

-Respondents waive their right to an extradition hearing.